**UNITED STATES BANKRUPTCY COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Cornelia Strowder

Case No: 16-16609 mdc
Chapter 13

**Debtor**

**NOTICE OF CONVERSION OF CHAPTER 13 CASE TO CHAPTER 7**

**Pursuant to 11 USC 1307(a)**

COMES NOW DEBTOR, Cornelia Strowder and notifies this Court of Conversion of a Chapter 13 Case to a case under Chapter 7 of Title 11 of the United States Code, and in support thereof,

1. Debtor file a Voluntary Petition under Chapter 13 of Title 11 of the United States Code on September 19, 2016.
2. Under 11 USC 1307(a), Debtor is entitled to convert this instant case, under Chapter 13, to a case under Chapter 7.
3. This case has not been previously converted.
4. Debtor files notice in good faith and Debtor is eligible for relief under Chapter 7 of Title 11 of the United States Code.

Wherefore Debtor, pursuant to 11 USC 1307(a) hereby gives notice of the conversion of this Chapter 13 case to a case under Chapter 7 of Title 11 of the United States Code.

Respectfully submitted,

Dated: October 31, 2016

*Cornelia Strowder*
Cornelia Strowder

# UNITED STATES BANKRUPTCY COURT
# IN THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Cornelia Strowder                                   **Case No: 16-16609 mdc**
                                                                         **Chapter 13**

**Debtor**

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

TO:

Cornelia Strowder has filed a Motion to Convert to Chapter 7 with the court for relief to have Bankruptcy No. 16-16609 converted from a chapter 13 to a chapter 7.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on before 11/14/2016 you or attorney must do <u>all</u> of the following:

    (a) file an answer explaining your position at

        Robert N.C. Nix, Sr. Federal Courthouse
        900 Market Street, Suite 400
        Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant

        Cornelia Strowder
        6509 N. 8th Street
        Philadelphia, PA 19126
        215-828-6921

        U.S. Trustee
        Office of the U.S. Trustee
        833 Chestnut Street, Suite 500
        Philadelphia, PA 19107

2. If you or your attorney do not take the steps described in paragraphs 1 (a) and 1 (b) above and attend the hearing, the court may enter an order granting relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on 12/1/16, at **11:00 a.m.** in Courtroom **#2**, United States Bankruptcy Court, 900 Market Street, Suite 500, Philadelphia, PA 19107. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the movant named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: **October 31, 2016**

UNITED STATES BANKRUPTCY COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Cornelia Strowder                               Case No: 16-16609 mdc
                                                Chapter 13

Debtor

CERTIFICATE OF SERVICE

I, Cornelia Strowder, certify that on October 31, 2016, I mailed a true and correct copy of the above and foregoing motion to avoid lien U.S. Postal Services first class to:

Joshua I. Goldman, Esq.              Gary F. Seitz, Esq.,
KML LAW GROUP, P.C.                  Rawle & Henderson, LLP
701 Market Street, Suite 5000        The Widener Building
Philadelphia, PA 19106               One South Penn Square, 17th Fl
                                     Philadelphia, PA 19107

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107


                                                Respectfully submitted,

Dated: October 31, 2016
                                                /s/ Cornelia Strowder
                                                Cornelia Strowder