United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-16609-mdc
Cornelia J. Strowder                                                Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Lisa              Page 1 of 2           Date Rcvd: Nov 09, 2016
                        Form ID: 309A           Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2016.

```
db            +Cornelia J. Strowder,    6509 N. 8th Street,    Philadelphia, PA 19126-3720
13798111       Abington Health Physicians,    Professional Services,    1200 Old York Road,
                 Abington, PA 19001-3720
13798106      +Anitra Miller,    2823 Jackson Street,    Philadelphia, PA 19145-2426
13798074     #+Augustina Santana,    5005 B Street,    Philadelphia, PA 19120-3929
13798105      +Caliber Home Loan, Inc.,    Credit Department,    PO BOX 24610,    Oklahoma City, OK 73124-0610
13798108       City of Philadelphia,    Finance Dept.,    PO BOX 56318,    Philadelphia, PA 19130-6318
13798075      +Del Val Realty & Property Mgmt,    81 Lancaster Avenue #219,    Malvern, PA 19355-2157
13798083      +Esurance Property & Casual Ins. Co.,    650 David St.,    San Francisco, CA 94111-1904
13798082       Fiserv.,    PO BOX 2160,    Columbus, OH 43216-2168
13798112      +Levylaw, LLC,    Bart Levy Counselor at Law,    1515 Market Street #950,
                 Philadelphia, PA 19102-1906
13798104      +Lsf8 Master Participation Trust,    By Caliber Home Loan, Inc.,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
13798076      +Mr. Marcus Williams,    6511 N. 8th Street, 2nd Floor,    Philadelphia, PA 19126-3720
13798077      +PGW,   Credit Department,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
13798102      +Philadelphia Municipal Court,    Office of the Deputy Court Administrator,    Credit Department,
                 1339 Chestnut Street 10th Floor,    Philadelphia, PA 19107-3519
13798110      +REI Guard,    Affinity Group Management Co. Inc.,    7509 NW Tiffany Springs Parkway #200,
                 Kansas City, MO 64153-1387
13798107       Security Central,    Accounting Dept.,    PO BOX 602371,    Statesville, NC 28687
13798085       Seterus,    Attn; Bankruptcy Dept.,    PO BOX 1047,    Hartford, CT 06143-1047
13798084      +Superior Plus Energy Services,    1870 S. Winton Road,    Rochester, NY 14618-3960
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr            +EDI: FGARYFSEITZ.COM Nov 10 2016 01:38:00       GARY F. SEITZ,
                 Gellert Scali Busenkell & Brown LLC,    The Curtis Center,    601 Walnut Street,
                 Suite 280 South,    Philadelphia, PA 19106-3323
smg            E-mail/Text: bankruptcy@phila.gov Nov 10 2016 02:04:13       City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 10 2016 02:03:50
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 10 2016 02:04:12       U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Nov 10 2016 02:04:05       United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13798109       E-mail/Text: bankruptcy@phila.gov Nov 10 2016 02:04:13       City of Philadelphia,
                 Dept. of Revenue,    Philadelphia, PA  19105-0966
13798081       E-mail/Text: bankruptcy@phila.gov Nov 10 2016 02:04:13       City of Philadelphia, Rev. Dept.,
                 Water Revenue Bureau,    Credit Department, MSB,    1401 JFK Blvd.,
                 Philadelphia, PA  19102-1663
13798078       EDI: FORD.COM Nov 10 2016 01:38:00       Ford,    C/O National Bankruptcy Service Center,
                 PO BOX 62180,    Colorado Springs, CO 80962
13795790       EDI: FORD.COM Nov 10 2016 01:38:00       Ford Motor Credit Company LLC,    Dept  55953,
                 P O Box 55000,    Detroit  MI,  48255-0953
13798103      +E-mail/Text: bankruptcygroup@peco-energy.com Nov 10 2016 02:03:48       PECO,    Credit Department,
                 2301 Market Street,    Philadelphia, PA 19103-1338
13798080      +EDI: VERIZONEAST.COM Nov 10 2016 01:38:00       Verizon,    500 Technology Drive,    Suite 550,
                 Weldon Springs, MO 63304-2225
                                                                                               TOTAL: 11
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13798113     City of Philadelphia,   Law Dept. Tax Unit
                                                                                      TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

```
District/off: 0313-2          User: Lisa              Page 2 of 2              Date Rcvd: Nov 09, 2016
                              Form ID: 309A           Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2016 at the address(es) listed below:
              GARY F. SEITZ    gseitz@gsbblaw.com,   gfs@trustesolutions.net;hsmith@gsbblaw.com
              JAMES P. MCGARRITY    on behalf of Creditor Augustina   Santana mcgarritylaw@gmail.com,
               mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    LSF8 MASTER PARTICIPATION TRUST
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 4
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Cornelia J. Strowder** | Social Security number or ITIN | **xxx–xx–7839** |
| | First Name  Middle Name  Last Name | EIN | **23–2836325** |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter **13** | **9/19/16** |
| Case number: | **16–16609–mdc** | Date case converted to chapter **7** | **10/31/16** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Cornelia J. Strowder | | |
| 2. | **All other names used in the last 8 years** | fdba Able, Ltd,, fdba Cornelia Jean Strowder Trust, fdba Zytell | | |
| 3. | **Address** | 6509 N. 8th Street<br>Philadelphia, PA 19126 | | |
| 4. | **Debtor's attorney**<br>Name and address | Cornelia J. Strowder<br>6509 N. 8th Street<br>Philadelphia, PA 19126 | | Contact phone _____<br>Email: **NO EMAIL ADDRESS FOUND** |
| 5. | **Bankruptcy trustee**<br>Name and address | GARY F. SEITZ<br>Gellert Scali Busenkell & Brown LLC<br>The Curtis Center<br>601 Walnut Street<br>Suite 280 South<br>Philadelphia, PA 19106 | | Contact phone 215–238–0011<br>Email: gseitz@gsbblaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

| 6. | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street <br> Suite 400 <br> Philadelphia, PA 19107 | Office Hours: <u>Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.</u> <br><br> Contact phone (215)408–2800 <br><br> Date: 11/9/16 |
|---|---|---|---|
| 7. | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 8, 2016 at 12:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Office of the U.S. Trustee, Meeting Room, Suite 501, 833 Chestnut Street, Philadelphia, PA 19107** |
| 8. | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/6/17** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                          page **2**