United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-16609-mdc
Cornelia J. Strowder                                                  Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Denine         Page 1 of 1           Date Rcvd: Feb 11, 2017
                       Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2017.
db              +Cornelia J. Strowder,   6509 N. 8th Street,   Philadelphia, PA 19126-3720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2017                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2017 at the address(es) listed below:
      GARY F. SEITZ    gseitz@gsbblaw.com,  gfs@trustesolutions.net;hsmith@gsbblaw.com
      JAMES P. MCGARRITY    on behalf of Plaintiff Augustina  Santana mcgarritylaw@gmail.com,
       mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
      JAMES P. MCGARRITY    on behalf of Creditor Augustina  Santana mcgarritylaw@gmail.com,
       mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    LSF8 MASTER PARTICIPATION TRUST
       bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
      THOMAS I. PULEO    on behalf of Creditor    LSF8 MASTER PARTICIPATION TRUST tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                    TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cornelia J. Strowder fdba Able, ltd, adba Cornelia Jean Strowder Trust fdba Zytell<br>　　　　　　　Debtor | CHAPTER 13 |
| LSF8 MASTER PARTICIPATION TRUST<br>　　　　　　　Movant<br>vs.<br>Cornelia J. Strowder fdba Able, ltd, adba Cornelia Jean Strowder Trust fdba Zytell<br>　　　　　　　Debtor<br>William C. Miller Esq.<br>　　　　　　　Trustee | NO. 16-16609 MDC<br><br>11 U.S.C. Section 362 |

## ORDER

AND NOW, this 9th day of February, 2017 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 6509 North Eighth Street, Philadelphia, PA 19126 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies, through but not limited to recordation of the Sheriff's Deed for Sheriff's Sale that was held on September 13, 2016 ~~and a subsequent possessory action regarding~~ for the premises located at 6509 North Eighth Street, Philadelphia, PA 19126.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

Cornelia J. Strowder fdba Able, ltd, adba Cornelia Jean Strowder Trust fdba Zytell – PRO SE
6509 N. 8th Street
Philadelphia, PA 19126

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532