**Official Form 6D (10/06)**

In re Corne;ia Strowder                    ,  Case No. 16-16609-mdc  (Amendment)
         Debtor                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 140602864  LSF8 Master Participation Trust, c/o Caliber Home Loan, Inc. Soley In Its Capacity As Servicer, 13801 Wir34eless Way Oklahoma City, OK 73134 | ☐ | ☐ | June 19, 2014 Void, not merely voidable, Mortgage Contract.  VALUE $ 403,227.70 | X | X | X | 403,227.70 | 148,227.70 |
| ACCOUNT NO. 151202864  Del Val Realty & Property Management 81 Lancaster Ave. #218 Malveern, PA 19355 | ☐ | ☐ | Feb 2015 Rental Agency's Contracts & activities violated codes, breaching contracts.  VALUE $ 9,965.00 | X | X | X | 9,965.00 | 9,965.00 |
| ACCOUNT NO. 17-47/151202864  Augustina Santana 5005 B Street Phila. Pa 19120 | ☐ | ☐ | March 1, 2015 Breached its Agent's illegal lease. Turned down offer to stay under legal lease.  VALUE $ 9,965.00 | X | X | X | 9,965.00 | 9,965.00 |
| 1 continuation sheets attached | | | Subtotal ▶ (Total of this page) | | | | $ 423,157.69 | $ 168,157.70 |
| | | | Total ▶ (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

APR 2 1 2017

Official Form 6D (10/06) – Cont.
In re Corne;ia Strowder_____,    Case No. 16-16609-mdc    (Amendment)
      Debtor                                                   (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT # 907-1871<br>Seterus Inc.<br>Attn: Bankruptcy Dept.<br>P.O. Box 1047<br>Hartford, CT 06143-1047 | ☐ | ☐ | 8/31/2006<br>Assigned Mortgage Contract<br>VALUE $ 96,000.00 | X | X | X | 58,000.00 | 0.00 |
| ACCOUNT # CE-1607730255<br>City of Phila.<br>c/o Jashua Domer, Atty<br>Business Tax Div/<br>Law Unit., 5th Floor<br>1401 JFK Blvd.<br>Phila, PA 19102 | ☐ | ☐ | 9/16/2016<br>Summary Judgment for Paid Taxes in the amount of approx. $35 - mistakingly, not applied to account.<br>VALUE $ 5,112.00 | X | X | X | 5,112.00 | 5,112.00 |
| ACCOUNT # 10000-0594<br>Mark A. Ernst, CEO<br>Fiserv. Billing Solution<br>Business<br>255 Fiserv Drive<br>Brookfield, WI 53045 | ☐ | ☐ | 12/13/2016<br>Unauthorized Fees charges by Bank's Agent.<br>VALUE $ 861.44 | X | X | X | 861.44 | 861.44 |
| ACCOUNT # 36-405-9139<br>TD Bank<br>Bankruptcy dept.<br>Market & JFK Blvd<br>Phila, PA 19102 | ☐ | ☐ | 12/13/2016<br>Unauthorized Fees.<br>VALUE $ 861.44 | X | X | X | 861.44 | 861.44 |
| ACCOUNT # 160-5520<br>US Bank Nat'l Assoc.Not, In Its Indiv.Capacity But SOLELY AS TRUSTEE FOR MAROON PLAINS TRUST #1400, | ☐ | ☐ | 9/13/2016<br>Illegal sheriff Sale.<br>VALUE $ 14,700.00 | X | X | X | | |

Sheet no. 2 of 3 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) ►
(Total(s) of this page)     $ 64,834.88     $ 6,834.88

Total(s) ►
(Use only on last page)     $ ____     $ ____

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**Official Form 6D (10/06) – Cont.**
In re Cornelia Strowder, Case No. 16-16609-mdc (Amendment)
   Debtor                                                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT # WRIT 160-5520<br>KML Law Group, P.C.<br>Ste #5000, BNY Mellon Independence Center,<br>701 Market St,<br>Phila., PA 19106-1532 | ☐ | ☐ | 9/13/2016<br>Real property collateral based on Void, not merely voidable, Contract. ..<br>VALUE $ 14,700.00 | X | X | X | 14,700.00 | 14,700.00 |
| ACCOUNT # 7600-47-7554<br>Rushmore Loan Management Service<br>Compliance Dept.<br>P O Box 52262<br>Irvine, CA 92619-2262 | ☐ | ☐ | 4/10/2017<br>Note, Based on Void, not merely voidable, Mortgage Contract.<br>VALUE $ 14,000.00 | X | X | X | 180,929.25 | 180,929.25 |
| ACCOUNT # 160-5520<br>(continued)<br>U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL, BUT...<br>Phila., PA 19103 | ☐ | ☐ | 916/13/20<br>Based on Void, not merely voidable, Contract with real property collateral<br>VALUE $ 14,700.00 | X | X | X | 14,700.00 | 14,700.00 |
| ACCOUNT # 5323-6960<br>Ford Credit<br>NationalBankruptcy Seervice<br>P. O. Box 62280<br>Co Springs, CO 80962 | ☐ | ☐ | 3/31/2016<br>Auto lease<br>VALUE $ 18,232.40 | X | X | X | 11,007.72 | 11,007.72 |
| ACCOUNT # | ☐ | ☐ | VALUE $ | ☐ | ☐ | ☐ | | |

Sheet no. 3 of 3 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) ► (Total(s) of this page)     $ 221,336.97     $ 221,336.97

Total(s) ► (Use only on last page)     $ 709,329.54     $ 396,329.55

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)