# UNITED STATES BANKRUPCY COURT
## IN THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Cornelia Strowder**                               Case No: 16-16609 mdc

**Debtor**

### CERTIFICATE OF SERVICE

I, Cornelia Strowder, certify that on ___April 21, 2017___,
I mailed a true and correct copy of the above and foregoing
motion to avoid lien U.S. Postal services first class to:

Joshua I. Goldman, Esq.                    Gary F. Seitz, Esq.
KML LAW GROUP, P.C.                        Rawle & Henderson, LLP
701 Market Street, Suite 5000              The Widner Building
Philadelphia, PA 19106                     One South Penn Square 17th Fl
                                           Philadelphia, PA 19107

United States Trustee                      Phelan Hallinan
Office of the U.S. Trustee                 Diamond & Jones, LLP
833 Chestnut Street, Suite 500             c/o Vishal J., Esq.
Philadelphia, PA 19107                     1617 JFK Blvd, #1400
                                           Phila, PA 19103


Dated: ___4/21/2017___                     Respectfully submitted,

                                           _Cornelia Strowder_
                                           Cornelia Strowder

UNITED STATES BANKRUPTCY COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

Cornelia J. Strowder, ABLE, LTD,   Bankruptcy    Chapter 7
Cornelia Jean Strowder Trust,      No. 16-16609
Zytell
6509 N. 8th Street
Philadelphia, PA 19126
215.828.6921

    Debtor

SETERUS, INC.
Attn. Bankruptcy Dept.
c/o QBE FIRST INS. AGENCY, INC.
PO Box 1047
Hartford, CT 06143

    Creditor

### DEBTOR'S NOTICE TO CREDITOR

Creditor's Claim is based on a contract between the Creditor and QBE FIRST INS. AGENCY, INC., not the Debtor. Creditor is seeking to require Debtor to purchase insurance from through the Creditor's insurance agent/affiliation. This requirement may be in violation of Federal, State, and/or Local laws, Codes, regulations, acts.

Respectfully submitted,

Cornelia Strowder
*Cornelia Strowder*
4-21-2017

UNITED STATES BANKRUPTCY COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Cornelia J. Strowder, ABLE, LTD, Cornelia Jean Strowder Trust, Zytell 6509 N. 8th Street Philadelphia, PA 19126 215.828.6921 | Bankruptcy  Chapter 7 No. 16-16609 |
| Debtor | |
| LSF8 MASTER PARTISIPATION TRUST, c/o CALIBER HOME LOAN, INC. 13801 Wireless Way Oklahoma City, OK 73134 | No. 2864 |
| Creditor | |
| KML Law Group, P.C. Suite 5000 – BNY Independence Center 701 Market Street Philadelphia, PA 19106 215-627-1322 | |
| Creditor Attorney | |

DEBTOR'S NOTICE TO CREDITOR

The Creditor's Claim is based on a "Purported to be assigned", yet, unlawful Mortgage Contract. The Mortgage Contract, mistakenly and/or fraudulently, used Practices found to be deceptive and Unfair methods of competition. These practices are unlawful under section 5 of the FTC Act as well as other Federal and State Regulations and Codes.

Unlawful contracts are void. This Creditor's Claim is based on a void, "not merely voidable" contract.

Respectfully submitted,

Cornelia Strowder        *Cornelia Strowder*
                         4/21/2017

UNITED STATES BANKRUPTCY COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

Cornelia J. Strowder, ABLE, LTD,      Bankruptcy  Chapter 7
Cornelia Jean Strowder Trust,     No. 16-16609
Zytell
6509 N. 8th Street
Philadelphia, PA 19126
215.828.6921

    Debtor

Ford Credit
National Bankruptcy service
PO Box 62280
CO Springs, CO 80962

    Creditor

### DEBTOR'S NOTICE TO CREDITOR

Creditor's Claim is a secured-claim. Thus requires a proof of claim for fairness, appropriateness, and possible violations.

Respectfully submitted,

Cornelia Strowder
*Cornelia Strowder*
4/21/2017

UNITED STATES BANKRUPTCY COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Cornelia J. Strowder, ABLE, LTD,<br>Cornelia Jean Strowder Trust,<br>Zytell<br>6509 N. 8th Street<br>Philadelphia, PA 19126<br>215.828.6921<br><br>        Debtor | Bankruptcy    Chapter 7<br>No. 16-16609 |
| FISERV,<br>c/o TD Bank, NA Agent<br>Bankruptcy Dept.<br>PO Box 2268<br>Columbus, OH 43216<br><br>        Creditor | |

### DEBTOR'S NOTICE TO CREDITOR

Creditor's Claim is a secured-claim. Thus, requires a proof of claim.

Respectfully submitted,

Cornelia Strowder
*Cornelia Strowder*
4/21/2017

TD Bank response re: proof of claim amendment

UNITED STATES BANKRUPTCY COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

Cornelia J. Strowder, ABLE, LTD,         Bankruptcy    Chapter 7
Cornelia Jean Strowder Trust,            No. 16-16609
Zytell
6509 N. 8th Street
Philadelphia, PA 19126
215.828.6921

    Debtor

SETERUS, INC.
Attn. Bankruptcy Dept.
PO Box 1047
Hartford, CT 06143

    Creditor

APR 2 1 2017

### DEBTOR'S NOTICE TO CREDITOR

Creditor's Claim is based on a contract between the Creditor and QBE FIRST INS. AGENCY, INC., not the Debtor. Creditor is seeking to require Debtor to purchase insurance from through the Creditor's insurance agent/affiliation. This requirement may be in violation of Federal, State, and/or Local laws, Codes, regulations, acts.

Respectfully submitted,

Cornelia Strowder
*Cornelia Strowder*

UNITED STATES BANKRUPTCY COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Cornelia J. Strowder, ABLE, LTD, Cornelia Jean Strowder Trust, Zytell<br>6509 N. 8th Street<br>Philadelphia, PA 19126<br>215.828.6921<br><br>Debtor | Bankruptcy    Chapter 7<br>No. 16-16609 |
| TD Bank, NA<br>Bankruptcy Dept.<br>Metro Phila. Market<br>15th & JFK Blvd<br>Philadelphia, PA 19102<br><br>Creditor | APR 21 2017 |

### DEBTOR'S NOTICE TO CREDITOR

Creditor's Claim is a secured-claim. Thus, requires a proof of claim.

Respectfully submitted,

Cornelia Strowder
*Cornelia Strowder*
4/21/2017

Cornelia Strowder                                Case No: 16-16609-mdc

pg 2 of 2

## Debtor Certificate of Service

I, Cornelia Strowder, certify that on, April 21, 2017, I mailed a true and correct copy of the above and foregoing motion to avoid lien U.S. Postal Services first class to:

KML Law Group, P.C.
Collections Agency
Suite 5000, BNY Independence Center
701 Market Street
Phila, PA 19106

James P. McGarrity, Atty
1500 JFK Blvd. #405
Phila, PA 19102-1723

Frances X. Clark, P.C. Esq.
700 American Ave., Suite 204
P.O. Box 62166
King of Prussia, PA 19406-2166

Dated: 4/21/2017                 *Cornelia Strowder*
                                 Cornelia Strowder

Official Form 420B (Notice of Objection to Claim) (12/16)

# United States Bankruptcy Court

__Eastern_____ District of __PA_____  APR 21 2017

In re:  Cornelia Strowder, ABLE, LTD

                          Debtor                    Case No. __16-16609-mdc_____

Address __6509 N. 8th St_____

__Phila., PA 19126_____         Chapter _____7_____

Last four digits of Social Security or Individual Tax-payer Identification
(ITIN) No(s).,(if any): _____7839_____

Employer's Tax Identification (EIN) No(s).(if any): __23-283-8325_____

## NOTICE OF OBJECTION TO CLAIM AND FOR RELIEF

    ____Cornelia Strowder_____ has filed an objection to your claim and for relief in this bankruptcy case.

    **Your claim may be reduced, modified, or eliminated**. You should read these papers carefully **and discuss them with your attorney, if you have one.** If you do not want the court to eliminate or change your claim, then on or before _____, you or your lawyer must:

{If required by local rule or court order.} Rule 3001.

    [File with the court a written response to the objection, explaining your position, at: U.S. Bankruptcy Court, Philadelphia, 900 Market Street, Room 400, Philadelphia, PA 19107

    If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above. You must also send a copy to:
Cornelia Strowder, 6509 N. 8th Street, Phila, PA 19126

    Attend the hearing on the objection, scheduled to be held on (_____), (_____yr), at _____ am/pm in courtroom _____ < United States Bankruptcy Court _____)

    And Show Proof of Claim and evidence of perfection of security interest to appose a motion or objection under local rule or court order.

If you or your attorney do not take these steps, the court may decide that you do not appose the relief sought by the motion to objection to your claim.     Date: 4/21/2017
    Signature: _Cornelia Strowder_     Name: Cornelia Strowder
Address:   6509 N. 8th St., Phila, PA 19126

UNITED STATES BANKRUPTCY COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Cornelia J. Strowder, ABLE, LTD, Cornelia Jean Strowder Trust, Zytell<br>6509 N. 8th Street<br>Philadelphia, PA 19126<br>215.828.6921 | Bankruptcy    Chapter 7<br>No. 16-16609 |

Debtor

Del Val Realty & Property Management, LLC
Michel Lautensack, Owner                                               2864
81 Lancaster Avenue, #218
Malvern, PA 19355
610-240-9885

Creditor

Francis X. Clark, P.C., Esquire
700 American Ave. Suite 204
P. O. Box 62166
King of Prussia, PA 19406-2166
610-491-9201

APR 2 1 2017

Creditor Attorney

### DEBTOR'S NOTICE TO CREDITOR

This Creditor's Claim is based on a mistaken and/or fraudulent "Property Management Lease" Contract with another Creditor, in violation of several Federal, State, and Local laws, Codes, regulations, acts. The Creditor Non-compliance with the above requirements immediately breach the "Exclusive Rental-Only" Agent Contract between this Creditor and the Debtor.

Respectfully submitted,

Cornelia Strowder
*Cornelia Strowder*
4/21/2017

UNITED STATES BANKRUPTCY COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

Cornelia J. Strowder, ABLE, LTD,   Bankruptcy   Chapter 7
Cornelia Jean Strowder Trust,      No. 16-16609
Zytell
6509 N. 8th Street
Philadelphia, PA 19126
215.828.6921

    Debtor

KML Law Group, P. C. - Collections Agency
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106
215-627-132

APR 2 1 2017

    Creditor

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106
215-627-132&

    Creditor Attorney

### DEBTOR'S NOTICE TO CREDITOR

The Creditor's Claim is based on a "Purported to be assigned", yet, unlawful Mortgage Contract. The Mortgage Contract, mistakenly and/or fraudulently, used Practices found to be Deceptive and Unfair methods of Competition. These practices are unlawful under Section 5 of the FTC Act as well as other Federal and State Acts, Regulations and Codes. Unlawful contracts are void. This Creditor's Claim is based on a void, "not merely voidable" contract.

Respectfully submitted,
Cornelia Strowder
*Cornelia Strowder*
4/21/2017

UNITED STATES BANKRUPTCY COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Cornelia J. Strowder, ABLE, LTD, Cornelia Jean Strowder Trust, Zytell<br>6509 N. 8th Street<br>Philadelphia, PA 19126<br>215.828.6921 | Bankruptcy    Chapter 7<br>No. 16-16609 |
| Debtor | |
| Augustina Santana | 2864 |
| Creditor | |
| James P. McGarrity, Attorney<br>1500 JFK BLVD, 405<br>Philadelphia, PA 19102-1723<br>215- | APR 21 2017 |
| Creditor Attorney | |

### DEBTOR'S NOTICE TO CREDITOR

The Creditor's Claim is based on a mistaken and/or fraudulent "property management lease contract" signed between the Debtor and their agent. That contract breached the agent's "Lease-Only contract". The Debtor's contract required that the Agent comply with all rental laws, regulations, Acts, and Ordinances.

Their complete transaction omitted the Debtor. Ignoring the required Pre-Authorization of the Debtor, put the Agent in violation of State, Federal, Local Law, Regulations, Acts, and Ordinances. Within 1-2 days of occupancy, the Creditor breached their Agent's Lease. Debtor's attemps to mitigate Creditor's damages with an offer to "correct the breaches and continue occupancy", were rejected by this Creditor.

Cornelia Strowder
*Cornelia Strowder*
4/21/2017