

Certificate Number: 00301-PAE-DE-028710081

Bankruptcy Case Number: 16-16609



00301-PAE-DE-028710081

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 3, 2017</u>, at <u>2:37</u> o'clock <u>AM EST</u>, <u>CORNELIA J STROWDER</u> completed a course on personal financial management given <u>by internet</u> by <u>InCharge Debt Solutions</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:    <u>February 3, 2017</u>          By:    <u>/s/Iris Serrano</u>

Name:    <u>Iris Serrano</u>

Title:    <u>Certified Bankruptcy Counselor</u>